UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                  :
KAREN KELLEY, ISRAEL BARAJAS, ERIN             :
ENGLUND, and CHRISTINE LIGHTNER, individually  :
and each as representatives of a class of similarly situated  :          24-CV-05945 (JAV)
individuals,                                                       :
                                                                  :                    ORDER
                              Plaintiffs,                          :
                                                                  :
              -v-                                                 :
                                                                  :
TEACHERS INSURANCE AND ANNUITY               :
ASSOCIATION OF AMERICA, TIAA-CREF             :
INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,     :
TIAA TRUST, N.A., MORNINGSTAR INVESTMENT    :
MANAGEMENT, LLC, MORNINGSTAR                  :
INVESTMENT SERVICES, LLC, and                    :
MORNINGSTAR, INC.,                                  :
                                                                  :
                              Defendants.                        :
--------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:


        On March 26, 2025, the parties appeared before the Court for an initial pre-trial

conference.  At the conference, Defendants moved for a stay of discovery pending resolution of

the motions to dismiss the Amended Complaint.  For the reasons stated at the conference,

Defendants' request to stay discovery is GRANTED in part and DENIED in part.

        Accordingly, it is HEREBY ORDERED that the parties are permitted to negotiate

protocols for the production of Electronically Stored Information ("ESI") and the form of a

protective order.  To aid in the negotiation of an ESI protocol, the parties are permitted to

exchange draft Rule 34 requests for production, but the responding party shall have no current

obligation to object or respond to those requests for production.  It is FURTHER ORDERED that

the parties shall exchange initial disclosures pursuant to Rule 26(a).  The parties are permitted to

serve interrogatories pursuant to Rule 33 and S.D.N.Y. Local Rule 33.3.  It is FURTHER

ORDERED that all other discovery is hereby stayed.  It is FURTHER ORDERED that no third-

party subpoenas shall be served at this time, absent leave of the Court.

        SO ORDERED.

Dated:  March 26, 2025
      New York, New York
                                   JEANNETTE A. VARGAS
                                   United States District Judge